Decided October 5, 1993

FRED RORABACK *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF EAST HADDAM ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 32 Conn. App. 409 (AC 11914), is denied.

*Frederick W. Odell,* in support of the petition.

*W. Wilson Keithline,* in opposition.

Decided October 5, 1993

EDWARD FALBY *v.* COMMISSIONER OF CORRECTION

The petitioner Edward Falby's petition for certification for appeal from the Appellate Court, 32 Conn. App. 438 (AC 11647), is denied.

BERDON, J., dissenting. I would grant the petitioner Edward Falby's petition for certification.

*Karen Goodrow,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided October 5, 1993